# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GARCIA,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID B. LONG, Warden,<br><br>        Respondent. | Case No. CV 13-3837 SJO(JC)<br><br>~~(PROPOSED)~~ JUDGMENT |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

    DATED:   July 9, 2015.

*/s/ S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE